# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 14CR1603 MMA |
| Plaintiff, | ORDER |
| V. | |
| BRYAN LOPEZ, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Information .

Dated: August 7, 2014

Michael M. Anello
United States District Judge

14CR1603 MMA